UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 13-37-KSF

STEVEN EDWARD HILL     PLAINTIFF

v.     **JUDGMENT**

CAROLYN W. COLVIN, Acting
Commissioner of Social Security     DEFENDANT

\* \* \* \* \* \* \* \* \*

The Court, having affirmed the decision of the Commissioner, enters judgment in favor of the defendant Commissioner.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This matter is **STRICKEN** from the court's active docket.

This November 20, 2013.



Signed By:

*Karl S. Forester* KSF
United States Senior Judge